UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CRYSTAL NEWSOM,**

Plaintiff,

v.

**No. 4:22-CV-0499-P**

**COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,**

Defendant.

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 25. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The undersigned United States District Judge reviewed the proposed FCR for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ADOPTS** the reasoning in the Magistrate Judge's FCR (ECF No. 25) and **AFFIRMS** the Commissioner's Decision.

**SO ORDERED** on this **8th day of September 2023.**

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE